# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Steven Prescott | individually and on behalf of all others similarly situated | CASE No C 3:23-cv-02983-MMC |
| | Plaintiff(s) | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| v. | | |
| Ricola USA, Inc. | | |
| | Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: June 26, 2023 | 3:32:28 PM EDT

*Steven Prescott*
8CEC7A56E2FA4A8

Date: June 26, 2023 | 4:41:24 PM EDT

*kyle Gurwell*
77559E6A6AE948C

Party    Steven Prescott

Attorney Kyle Gurwell

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: June 26, 2023 | 4:41:24 PM EDT

*kyle Gurwell*
77559E6A6AE948C

Attorney  Kyle Gurwell

*Important! E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*