1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2 |    Including Professional Corporations
SASCHA HENRY, Cal. Bar No. 191914
3 | KHIRIN A. BUNKER, Cal. Bar No. 329314
333 South Hope Street, 43rd Floor
4 | Los Angeles, California 90071-1422
Telephone:  213.620.1780
5 | Facsimile:  213.620.1398
E mail     shenry@sheppardmullin.com
6 |              kbunker@sheppardmullin.com

Attorneys for Defendant Ricola USA, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Steven Prescott, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>Ricola USA, Inc.,<br><br>      Defendant. | Case No. 3:23-cv-02983-MMC<br>Assigned to: Hon. Maxine M. Chesney<br><br>~~[PROPOSED]~~ **JUDGMENT** |

1  For the reasons stated in the Court's Order dated April 30, 2024 (Dkt. No. 28)
2  granting judgment on the pleadings, and because Plaintiff elected not to amend his
3  complaint during the time provided in the Court's order, Ricola USA, Inc.'s request for
4  entry of judgment is GRANTED.  Wherefore, Plaintiff shall TAKE NOTHING by way of
5  this suit and final judgment is hereby entered in favor of Ricola USA, Inc. and against
6  Plaintiff.  The Clerk is respectfully instructed to close the file.

8  IT IS SO ORDERED.
9  Date:   June 5, 2024

_____
Hon. Maxine M. Chesney
United States District Court Judge